# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2020

160142(33)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

RAND WALTER GOULD,
　　　　　Defendant-Appellant.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160142
COA: 347625
Oakland CC: 1998-161396-FC

_____/

　　　　On order of the Court, the motion for reconsideration of this Court's January 2, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020



a0420

Clerk